**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700  Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda C. Harter
Chief Assistant Defender

# MEMORANDUM *+Order as Amended*

DATE: December 30, 2011

TO: Colleen Lydon, Courtroom Clerk to the Honorable Edward J. Garcia

FROM: Becky Darwazeh, Sr. Legal Assistant to Caro Marks, Assistant Federal Defender

SUBJECT: United States v. Joshua Packard
Cr.S-07-167-EJG

---

This memo is to request that the disposition hearing for Joshua Packard be continued from January 20, 2012 at 10:00 am. to February 10, 2012 at 10:00 am., as defendant's attorney will be out of the country on January 20, 2012. All parties are in agreement with the new scheduled date.

Thank you for your assistance in this matter.

CM
bd

cc: M. Rodriguez, AUSA
D. Ward, USPO

**FILED**
JAN 4 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IT IS SO ORDERED

*[signature]*
1/3/12