# United States District Court
## Eastern District of California

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **JOSHUA DAVID PACKARD** | (For Offenses committed on or after November 1, 1987) |
| (Defendant's Name) | Criminal Number: **2:07CR00167-01** |

Matthew Bovckmon, AFD
Defendant's Attorney

## THE DEFENDANT:

[✔]   admitted guilt to violation of charges 2, 3, 4, 6 and 8 as alleged in the violation petition filed on 6/27/2013 .
[ ]   was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.
ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on   2/10/2013  .

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔]   Charges 1, 5 and 7 are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

09/09/2013
Date of Imposition of Sentence

Signature of Judicial Officer

**WILLIAM B. SHUBB**
Name & Title of Judicial Officer

September 12, 2013
Date

CASE NUMBER: 2:07CR00167-01
DEFENDANT: JOSHUA DAVID PACKARD

**ADDITIONAL VIOLATION**

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 2 | Failure to Participate In Substance Abuse Testing | 12/12/12, 2/12/13, 3/7/13, 6/6/13 and 2/25/13 |
| 3 | Failure to Participate in Treatment | 12/14/12 and 12/21/12 |
| 4 | Failure to Participate in Cognitive Behavioral Treatment | 2/21/13 |
| 6 | Failure to Follow Directives of Probation Officer | 6/6/13 |
| 8 | Association with Persons Engaged in Criminal Activity | 6/15/13 |

CASE NUMBER:      2:07CR00167-01                                    Judgment - Page 3 of 3
DEFENDANT:       JOSHUA DAVID PACKARD

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 7 months for each of Charges 2, 3, 4, 6 & 8, to be served concurrently, for a total of 7 months .

[✔]        No TSR: Defendant shall cooperate in the collection of DNA.

[ ]        The court makes the following recommendations to the Bureau of Prisons:

[ ]        The defendant is remanded to the custody of the United States Marshal.

[✔]        The defendant shall surrender to the United States Marshal for this district.
                [✔]  at 2:00 p.m.  on 9/10/2013 .
                [] as notified by the United States Marshal.

[ ]        The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
                [ ] before _ on ___.
                [ ] as notified by the United States Marshal.
                [ ] as notified by the Probation or Pretrial Services Officer.
                If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

      Defendant delivered on_____  to  _____

at _____ , with a certified copy of this judgment.

                                                      _____

                                                      UNITED STATES MARSHAL

                              By     _____

                                                 Deputy U.S.  Marshal